NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**APPLE INC.,**
*Appellant*

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC., GOOGLE LLC,**
*Appellees*

v.

**GESTURE TECHNOLOGY PARTNERS, LLC,**
*Cross-Appellant*

2023-1501, 2023-1554

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00921, IPR2022-00092, IPR2022-00362.

**O R D E R**

On March 15, 2023, the Court consolidated above-captioned Appeal Nos. 2023-1501 and 2023-1554 as appeal and cross-appeal. On March 23, 2023, the Court issued a Notice of Revised Caption to add LG Electronics, Inc. LG Electronics USA, Inc., and Google LLC as Appellees.

Upon consideration of the consolidated appeals,

IT IS ORDERED THAT:

(1) The revised caption is reflected above. One set of briefs should be filed for both appeals. Apple Inc. ("Apple") is designated as Appellant. Appeal No. 2023-1554 is designated the cross-appeal.

(2) The briefing schedule for the consolidated appeals is as follows: Apple's principal brief addressing Appeal No. 2023-1501 is due no later than 60 days after service of the first-served certified list, served March 27, 2023. The principal and response brief of Gesture Technology Partners, LLC ("GTP"), addressing both appeals, is due no later than 40 days after service of Apple's principal brief. Apple's response and reply brief, addressing both appeals, is due no later than 40 days after service of GTP's principal and response brief. Response briefs of Google LLC ("Google"), and of LG Electronics Inc. and LG Electronics USA, Inc. (collectively, "LG"), are due no later than 40 days after service of GTP's principal and response brief. GTP's reply brief, addressing only Appeal No. 2023-1501, is due no later than 21 days after service of Google's response brief.

FOR THE COURT

April 4, 2023        /s/ Peter R. Marksteiner
    Date             Peter R. Marksteiner
                     Clerk of Court